IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JANET FARRAR, on behalf of herself and a
class of similarly situated people                                    PLAINTIFF

vs.                          No. 4:17-CV-518-BSM

RIVERSIDE MOTORS, INC., HOPKINS AND
RAINES, INC. and PROSPERITY EVENT, LLC              DEFENDANTS

## DEFENDANT HOPKINS AND RAINES, INC.'S RULE 26A DISCLOSURES

**COMES NOW** the Defendant Hopkins and Raines, Inc., by and through its attorneys Friday, Eldredge & Clark, and for their Disclosures Pursuant to Rule 26(a)(1), provides the following:

1. **Names of persons likely to have discoverable information which the party may use to support their claims or defenses**:

The following individuals may have information relevant to this action:

   1. Plaintiff, who can be contacted through her attorney, would have knowledge of the events described in the complaint and her damages.

   2. Employees of Hopkins and Raines, who can be contacted through the under signed counsel to his employer Hopkins and Rains, would have knowledge of the services separate defendant Hopkins and Rains provided with respect to the event in question.

3. Heath Campbell, Platform Manager for Riverside, who can be contacted through Riverside's counsel would have knowledge of the event in question.

4. Billy Cooper, General Manager for Riverside, who can be contacted through Riverside's counsel would have knowledge of the event in question.

5. Doug Lenzen, General Manager for Riverside, who can be contacted through Riverside's counsel would have knowledge of the event in question.

6. Marcus Organs, Prosperity Marketing, who can be contacted though Prosperity Marketing's counsel would have knowledge of the event in question and the technology utilized.

7. The individuals identified in the parties' disclosures, discovery responses and deposition testimony.

In addition, Defendant believes that it will have a corporate representative testify on its behalf and is currently making efforts to identify this person or persons. Further, Defendant may engage expert witnesses to testify on its behalf. In the event that such experts are engaged, they will be disclosed pursuant to this Court's scheduling order and the Federal Rules of Civil Procedure. In the event that Defendant identifies any other witnesses they will call to support its defense of this action, it will timely supplement these disclosures with the names of such witnesses.

2. **Documents, tangible things, etc. that disclosing party may use to support its claims or defenses**:

    1. White paper on ringless voicemail technology;

    2. Agreement as between Defendants;

    3. Any document produced or identified by any other party or in discovery or exhibited to a deposition;

    4. Code of Federal Regulations; and

    5. U.S. Code and various statutes and regulations promulgated in furtherance thereof.

Defendant further reserves the right to disclose further documents that are identified through the discovery process. Defendant states that it may use documents disclosed by Plaintiff or any other defendant to support its claims or defenses.

Defendant further reserves the right to disclose further documents that are identified through the discovery process. Defendant states that it may use documents disclosed by Plaintiff or any other defendant to support its claims or defenses.

3. **Computation of any category or damages claimed by the disclosing party**:

    Not applicable

4. **Insurance agreements under which an insurance company may be liable to satisfy part or all of the judgment**:

    None. Defendant provided notice of this claim to its insurer and coverage was denied.

Respectfully submitted,

By: /s/ Jamie Huffman Jones
    Jamie Huffman Jones, #2003125
    Kael K. Bowling, #2016220
    FRIDAY, ELDREDGE & CLARK, LLP
    400 West Capitol Ave., Suite 2000
    Little Rock, Arkansas  72201
    (501) 370-1430 – phone
    (501) 244-5347 – fax
    jjones@fridayfirm.com
    kbowling@fridayfirm.com
    *Attorneys for Defendant*
    *Hopkins and Raines, Inc.*

CERTIFICATE OF SERVICE

      I, Jamie Huffman Jones, certify that I have served a copy of the foregoing on the following attorneys of record in this matter by filing same with the Court's electronic system on this 27th day of December, 2017:

Ray Baxter
Attorney at Law
3115 Alcoa Road
Benton, Arkansas 72015

Todd Turner
ARNOLD, BATSON, TURNER & TURNER, P.A.
501 Crittenden Street
P.O. Box 480
Arkadelphia, Arkansas 71923

Don A. Eilbott
Attorney at Law
P.O. Box 23870
Little Rock, AR 72221

Edward T. Oglesby
KUTAK ROCK LLP
124 W. Capitol Ave., Suite 2000
Little Rock, AR 72201

                                           /s/ Jamie Huffman JOnes
                                           JAMIE HUFFMAN JONES