IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JANET FARRAR, on behalf of herself**                                           **PLAINTIFF**
**and a class of similarly situated people**

v.                    CASE NO. 4:17-CV-00518 BSM

**RIVERSIDE MOTORS, INC., et al.**                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 11th day of July 2018.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE